**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| STEVEN G. REED, | ) |
| Plaintiff, | )   2:09-CV-01284-PMP-RJJ |
| vs. | ) **ORDER** |
| STANDARD INSURANCE COMPANY, an Oregon corporation, | ) |
| Defendant. | ) |

Before the Court for consideration is Defendant's Motion for Summary Judgment (Doc. #29), filed on April 12, 2010. Plaintiff Reed has failed to file a response in opposition to Defendant's motion for summary judgment and the time to do so has expired. As a result Plaintiff consents to the granting of Defendant's Motion in accord with the Local Rules of Practice of this Court.

Moreover, a review of Defendant's motion for summary suggest that Defendant Standard Insurance Company is entitled to relief sought on the merits.

**IT IS THEREFORE ORDERED that** Defendant Standard Insurance Company's Motion for Summary Judgment (Doc. #29) is **GRANTED,** and the Clerk of Court shall forthwith enter judgment in favor of Defendant and against Plaintiff Steven G. Reed.

DATED:  May 12, 2010.

PHILIP M. PRO
United States District Judge